UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SWEEP AMERICA INTERMEDIATE
HOLDINGS, LLC, and USA
SERVICES OF FLORIDA, LLC,

    Plaintiffs,

v.                                              Case No: 6:24-cv-2064-JSS-RMN

GABRIEL VITALE, JR., LIBERTY
SWEEPING, LLC, and UNITED
SWEEPING, LLC,

    Defendants.
_____/

## **ORDER**

Plaintiffs filed a notice of dismissal without prejudice of Defendant Liberty Sweeping, LLC, only (Dkt. 31) under Federal Rule of Civil Procedure 41(a)(1)(A)(i). *See* Fed. R. Civ. P. 41(a)(1)(A)(i) ("[T]he plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ."). Given the meaning of "action," the rule "allows a district court to dismiss all claims against a particular defendant." *City of Jacksonville v. Jacksonville Hosp. Holdings, L.P.*, 82 F.4th 1031, 1036 (11th Cir. 2023) (emphasis omitted). Here, the relevant "opposing party" is Liberty, and that Defendant has not filed an answer or motion for summary judgment. *See PTA-FLA, Inc. v. ZTE USA, Inc.*, 844 F.3d 1299, 1307 (11th Cir. 2016) ("According to the plain text of Rule 41(a)(1)(A)(i), only the filing of an answer or a motion for summary

judgment terminates a plaintiff's ability to voluntarily dismiss its claims without a court order.").

Accordingly:

1. All claims against Liberty are **DISMISSED without prejudice**.

2. Liberty's motion to dismiss (Dkt. 28) is **DENIED as moot**.

**ORDERED** in Orlando, Florida, on January 31, 2025.

_____
JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Parties
Counsel of Record